

FILED

AUG 2 1 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal Case No. 08cr2828-JLS
                                    )
            Plaintiff,              )   I N F O R M A T I O N
                                    )
      v.                            )   Title 8, U.S.C.,
                                    )   Sec. 1324(a)(2)(B)(ii) -
JOSE MARIA GRANADOS,                )   Bringing in Illegal Aliens for
                                    )   Financial Gain; Title 8, U.S.C.,
            Defendant.              )   Sec. 1324(a)(2)(B)(iii) - Bringing
_____)   in Illegal Aliens Without
                                        Presentation

The United States Attorney charges:

<u>Count 1</u>

On or about August 3, 2005, within the Southern District of California, defendant JOSE MARIA GRANADOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marely Robles-Salmeron, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//

//

//

//

//

FAS:psd:San Diego
8/18/08

<u>Count 2</u>

On or about July 25, 2008, within the Southern District of California, defendant JOSE MARIA GRANADOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Bailon-Pimental, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: *Apr 21, 2008*

                                   KAREN P. HEWITT
                                   United States Attorney


                                   FRED SHEPPARD
                                   Assistant U.S. Attorney

FAS:psd:San Diego
8/18/08                           2