AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MARIA GRANADOS

WAIVER OF INDICTMENT

CASE NUMBER: 08CR-2828 JLS

I, JOSE MARIA GRANADOS, the above-named defendant, who is accused of committing the following offense:

Count 1:

Bringing in Illegal Aliens for Financial Gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) (Felony)

Count 2:

Bringing in Illegal Aliens Without Presentation, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) (Felony)

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 8/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X [signature]
Defendant

[signature] Wendy S. Gerboth
Defense Counsel

Before [signature]
Judicial Officer